UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PATRICK HAIR,**

       **Plaintiff,**

v.                                                 Case No. 6:25-cv-359-CEM-LHP

**AUTONATION USA CORPORATION,**

       **Defendant.**

                                      /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 15), recommending that the Motion be denied.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 15) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before August 15, 2025,** Plaintiff may file a Second Amended Complaint that fully complies with the Report and Recommendation.

5. Also **on or before August 15, 2025**, Plaintiff shall either file a renewed Application to Proceed in District Court Without Prepaying Fees or Costs or pay the filing fee.

6. Failure to comply with this Order will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on July 29, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party